1  MURIEL B. KAPLAN (St. Bar #124607)
   MICHELE R. STAFFORD (St. Bar #172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA  94104
   Tel: (415) 882-7900
4  Fax: (415) 882-9287
   Email mkaplan@sjlawcorp.com
5        mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARDS OF TRUSTEES OF THE SHEET        )    NO. C 11 4400 NC
   METAL WORKERS, et al.,                 )
12                                        )    SUBSTITUTION OF
                             Plaintiffs,  )    ATTORNEYS
13                                        )    AND ORDER
              vs.                         )
14                                        )
   FERTADO HEATING & AIR, etc.,           )
15                                        )
                             Defendant.   )
16 _____)

17       TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18 take notice that Plaintiffs, BOARDS OF TRUSTEES OF THE SHEET METAL

19 WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST

20 OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION,

21 HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, hereby make the following

22 substitution of attorneys:

23 Former Attorneys:
   ERSKINE & TULLEY
24 A PROFESSIONAL CORPORATION
   MICHAEL J. CARROLL (St. Bar #50246)
25 3030 Bridgeway, Suite 231
   Sausalito, CA 94965
26

27 should be removed and, consequently, should no longer receive

28 notice of e-Filings.

SUBSTITUTION OF ATTORNEY                              1

1 | Plaintiffs' new co-counsel of record will be:

2 | MURIEL B. KAPLAN (St. Bar #124607)
MICHELE R. STAFFORD (St. Bar #172509)
3 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
4 | San Francisco, CA 94104
Tel: (415) 882-7900
5 | Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com
6 | mstafford@sjlawcorp.com

7 | The following attorneys consent to this substitution:

8 | Dated: ___3/21___, 2013    ERSKINE & TULLEY
                                A PROFESSIONAL CORPORATION
9 |

10 |

11 |                            MICHAEL J. CARROLL
                                Former Attorneys for Plaintiffs
                                Boards of Trustees, et al.
12 |
     Dated: ___6/5/13___, 2013    SALTZMAN & JOHNSON LAW CORPORATION
13 |

14 |                            MURIEL B. KAPLAN
                                New Attorneys for Plaintiffs
15 |                            Boards of Trustees, et al.

16 |

17 |

18 |

19 | The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al.

20 | hereby consent to the above substitution.

21 | Dated: ___3/21___, 2013    BOARDS OF TRUSTEES OF THE SHEET METAL
                                WORKERS, et al.
22 |

23 |
                                Bruce Word, Trustee
24 |

25 |

26 | IT IS SO ORDERED.

27 | Dated: ___June 10___, 2013
                                _____
28 |                            Magistr... ...ael Cousins
                                Unit... ...Court

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUBSTITUTION OF ATTORNEY