```
 1  MURIEL B. KAPLAN (St. Bar #124607)
    MICHELE R. STAFFORD (St. Bar #172509)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
 3  San Francisco, CA  94104
    Tel: (415) 882-7900
 4  Fax: (415) 882-9287
    Email mkaplan@sjlawcorp.com
 5        mstafford@sjlawcorp.com

 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FERTADO HEATING & AIR, etc., <br><br> Defendant. | NO. C 11 4400 NC <br><br> <u>SUBSTITUTION OF ATTORNEYS</u> <br><br> AND ORDER |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please take notice that Plaintiffs, BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, hereby make the following substitution of attorneys:

<u>Former Attorneys:</u>
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965

should be removed and, consequently, should no longer receive notice of e-Filings.

<u>SUBSTITUTION OF ATTORNEY</u>                                                          1

1  Plaintiffs' new co-counsel of record will be:

2  MURIEL B. KAPLAN (St. Bar #124607)
   MICHELE R. STAFFORD (St. Bar #172509)
3  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
4  San Francisco, CA  94104
   Tel: (415) 882-7900
5  Fax: (415) 882-9287
   Email mkaplan@sjlawcorp.com
6        mstafford@sjlawcorp.com

7  The following attorneys consent to this substitution:

8  Dated: ___3/21___, 2013        ERSKINE & TULLEY
                                  A PROFESSIONAL CORPORATION
9

10                                _____
                                  MICHAEL J. CARROLL
11                                Former Attorneys for Plaintiffs
                                  Boards of Trustees, et al.
12
   Dated: ___6/5/13___, 2013      SALTZMAN & JOHNSON LAW CORPORATION
13

14                                _____
                                  MURIEL B. KAPLAN
15                                New Attorneys for Plaintiffs
                                  Boards of Trustees, et al.
16

17

18

19  The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al.
20  hereby consent to the above substitution.

21  Dated: ___3/21___, 2013       BOARDS OF TRUSTEES OF THE SHEET METAL
                                  WORKERS, et al.
22

23                                _____
                                  Bruce Word, Trustee
24

25

26  IT IS SO ORDERED.

27  Dated: ___June 10___, 2013    _____
                                  Magistrate Judge Nathanael Cousins
28                                United States District Court

   SUBSTITUTION OF ATTORNEY

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA